PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN CA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4838
      E-Mail: sohayl.vafai@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTI LYNN ARVIZU,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:23-cv-00249-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between the parties, through their undersigned attorneys, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff an opportunity for a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, develop the record as necessary, consider all pertinent issues de novo, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 12, 2023            */s/ Francesco Paulo Benavides\**
                                                              FRANCESCO PAULO BENAVIDES
                                                              Attorney for Plaintiff
                                                             *Authorized via e-mail

                                                             PHILLIP A. TALBERT
                                                             United States Attorney
                                                             MATHEW W. PILE
                                                             Associate General Counsel
                                                             Social Security Administration

By:     */s/ Sohayl Vafai*
                 SOHAYL VAFAI
                 Special Assistant United States Attorney

                 Attorneys for Defendant

## ORDER

Based on the parties' stipulation, it is **ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four 42 U.S.C. § 405(g).

The Clerk is directed to enter judgment in favor of Plaintiff, against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **September 12, 2023**            **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE